IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIAN ANTHONY,

    Plaintiff,                                        Case No. 3:20-cv-469

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,

    Defendant.

---

### ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. NO. 14); AND (2) AWARDING PLAINTIFF $1,350.00 IN EAJA FEES

---

This Social Security case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $1,350.00 and no costs, in full satisfaction and settlement of any and all claims Plaintiff may have under EAJA in this case. (Doc. No. 14). The parties indicate that before filing their present motion, they jointly reached a resolution to settle the EAJA fees in this case. *Id.* Therefore, the Court: (1) **GRANTS** parties' joint motion (Doc. No. 14); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $1,350.00 and no costs. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel. No further matters require review in this case; accordingly, it remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

October 13, 2021                                                      s/Michael J. Newman
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge